IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA | § | |
| VS. | § | CIVIL ACTION NO. 1:24-cv-247 |
| UNKNOWN DEFENDANTS | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Plaintiff Francisco Javier Rivera, an inmate at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

<u>Discussion</u>

Plaintiff complains that he was denied safekeeping housing and did not receive medical injections prescribed for multiple sclerosis while he was confined at the Goree Unit.[1]

<u>Analysis</u>

The Civil Rights Act, 42 U.S.C. §1981, *et seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391. *Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd per curium*, 480 F.2d 805 (5th Cir. 1973). When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28

---

[1] Plaintiff's remaining claims concerning incidents which occurred at the Robertson, Allred, and Estelle units have been severed from this action by separate order this date.

U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose.

At the time of the incidents which form the basis of Plaintiff's complaint he was confined at the Goree Unit. His claims therefore arose at the Goree Unit, which is located in Huntsville, Walker County, Texas. In addition all of the Defendants involved in Plaintiff's claims appear to work at the Goree Unit and, therefore, reside in Walker County. Pursuant to 28 U.S.C. § 124, Walker County is located within the jurisdictional boundaries of the United States District Court for the Southern District of Texas, Houston Division.

As Walker County is located within the jurisdictional boundaries of the United States District Court for the Southern District of Texas, venue in the Eastern District of Texas is not proper. When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). This case should be transferred to the United States District Court for the Southern District of Texas, Houston Division. An appropriate order so providing will be entered by the undersigned.

**SIGNED this the 28th day of June, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE